IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02576-PAB-KLM

NICK OLSON,

      Plaintiff,

v.

ALL STATE INSURANCE,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Stipulated Motion to Vacate Final Pre-Trial Conference** [Docket No. 18; Filed October 9, 2009] (the "Motion").  As a preliminary matter, because the motion was only signed by Defendant, the proper characterization of the Motion is "unopposed," not "stipulated."  Further, none of the dates proposed by the parties to reset the Final Pretrial Conference is available on the Court's calendar.  As resetting the conference to a date when the parties may not be available is inefficient,

      IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  Prior to refiling the motion, Defendant shall contact the Court at **(303) 335-2770** to identify alternate dates.

Dated:  October 9, 2009