IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02576-PAB-KLM

NICK OLSON,

    Plaintiff,

v.

ALL STATE INSURANCE,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate Final Pre-Trial Conference** [Docket No. 21; Filed October 13, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Pretrial Conference set for November 5, 2009 at 10:00 a.m. is **vacated** and **reset to November 17, 2009 at 9:30 a.m.**

Dated:  October 14, 2009