**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-02576-PAB-KLM

NICK OLSON,

      Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,

      Defendant.

_____

**ORDER SETTING CASE FOR TRIAL**
_____

      This matter has been scheduled for a three-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th

Street, Denver, Colorado, to commence on **June 21, 2010 at 8:00 a.m.**

      A Trial Preparation Conference is set for **June 4, 2010 at 9:00 a.m.**  Lead

counsel who will try the case shall attend in person unless a written motion for

alternative appearance is granted by the Court.

      The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

      1)     jury selection;

      2)     sequestration of witnesses;

      3)     timing of presentation of witnesses and evidence;

      4)     anticipated evidentiary issues;

      5)     any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED November 17, 2009.

BY THE COURT:


s/Philip A. Brimmer_____
PHILIP A. BRIMMER
United States District Judge