IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 08-cv-02576-PAB-KLM

NICK OLSON,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice [Docket No. 29]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that the trial preparation conference set for June 4, 2010 at 9:00 a.m. and the trial set to begin June 21, 2010 at 8:00 a.m. are VACATED.

DATED June 2, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge